nary injunction. Interlocutory appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

James P. Graham and Charles J. Monahan, for appellant; Sarsfield Collins, of counsel. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Frank Cimino, appellant, v. Irwin Tucker and John Kokenes, trading as Tucker & Kokenes, appellees. Gen. No. 30,401.**

Action for goods sold and delivered, consolidated with counter action for damages for failure to accept purchased goods. Judgment for costs for defendants in first action. Appeal from the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Stewart Reed Brown, for appellant. Baker, Holder & Schmidt, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Jacob Gidwitz, appellant, v. International Furniture Company, et al., appellees. Gen. No. 30,458.**

Bill for specific performances of agreement to sell stock to complainant and for injunctive relief. Bill dismissed on demurrer. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926. Rehearing denied March 15, 1926.

Edward J. Kelley, for appellant. Lewis F. Jacobson, Roy C. Merrick, Cameron Latter and Sidney C. Nierman, for appellees, International Furniture Co., Adolf Cohan, Miriam Cohan and Philip W. Pelts.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**New York Life Insurance Company, v. Arthur A. Allen et al., on appeal of Arthur A. Allen, appellant. Attie M. Allen, appellee. Gen. No. 30,476.**

Interpleader to determine title to proceeds of life insurance policy under terms of separation agreement between the insured and his wife. Decree for wife. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded with directions. Opinion filed March 2, 1926.

Frederic L. Goff, for appellant. Robert E. Hogan, for appellee; E. R. Parnass, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Ludwig H. Koepke, appellee, v. George Zoeller, appellant. Gen. No. 30,485.**

Action for services and material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the first division of this court for the